DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN RUIZ** and **MARY D. RUIZ,**
Appellants,

v.

**FEDERAL NATIONAL MORTGAGE ASSOCIATION,**
Appellee.

No. 4D17-1687

[October 4, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Richard L. Oftedal, Judge; L.T. Case No. 502012CA000697XXXXMB.

Kendrick Almaguer, Michael Vater and Thomas Eross, Jr. of The Ticktin Law Group, PLLC, Deerfield Beach, for appellants.

Daniel S. Stein and Mary Pascal Stella of Popkin & Rosaler, P.A., Deerfield Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, FORST, JJ., and HILAL, Jennifer, Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***